■ AGNES V. CORNACCHIONE, Individually and as Executrix of COSMO CORNACCHIONE, Deceased, Appellant, v CLARK CONCRETE CO., INC., et al., Respondents. (Appeal No. 1.) [722 NYS2d 930] —Appeal from order insofar as it concerned Labor Law § 240 (1) claim unanimously dismissed (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985) and order modified on the law and as modified affirmed with costs to plaintiff in accordance with the same Memorandum as in *Cornacchione v Clark Concrete Co.* (278 AD2d 400 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Hayes, Hurlbutt, Balio and Lawton, JJ.